# UNITED STATES DISTRICT COURT

## DISTRICT OF COLORADO

UNITED STATES OF AMERICA

v.

DANTE WILLIAMS

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation of Supervised Release)**

Case Number: 04-cr-00514-WYD-30

USM Number: 33153-013

John R. Sullivan, III, Appointed
(Defendant's Attorney)

**THE DEFENDANT:** Admitted guilt to violation 1, as alleged in the probation officer's petition.

The defendant is adjudicated guilty of this violation:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Violation of Law | 05/24/12 |

The defendant is sentenced as provided in page 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

It is further ordered that the Addendum to this judgment, which contains the defendant's social security number, residence address and mailing address, shall be withheld from the court file and retained by the United States Probation Department.

October 15, 2012
Date of Imposition of Judgment

s/ Wiley Y. Daniel
Signature of Judge

Wiley Y. Daniel, Chief U.S. District Judge
Name & Title of Judge

October 19, 2012
Date

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of fifteen (15) months on each of Counts 121, 126 and 131, to run concurrently to each other, and consecutively to the sentence imposed in U.S. District of Colorado, Docket No. 12-cr-00131-JLK-01.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

____________________________________

Defendant delivered on ____________________ to ____________________________________

at ___________________________, with a certified copy of this judgment.

___________________________________________
UNITED STATES MARSHAL

By_________________________________________
Deputy United States Marshal